UNITED STATES DISTRICT COURT                                   JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

Case No. **CV 17-586-JFW(KSx)**  Date: **May 9, 2017**

Title: Moises Reynoso -v- Shahad Chaudhry etc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
None

**PROCEEDINGS (IN CHAMBERS):**     **DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

On May 2, 2017, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of the remaining defendant Shahad Chaudhry, *doing business as* KFC Rosecrans' failure to file a responsive pleading on or before March 21, 2017.

The parties were warned that failure to respond to the Order to Show Cause on or before May 8, 2017 would result in the dismissal of this action.

As of this date, defendant has not filed a responsive pleading and plaintiff has not otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

       IT IS SO ORDERED.